**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LARRY MORRIS, SR., on his own behalf**                                                **PLAINTIFF**
**and as Administrator of the Estate of**
**VIRGINIA MORRIS**

**vs.**                                               **NO.  4:05-CV-01121 GTE**

**CRAIG BARDELL, M.D., CORRECTIONAL**
**MEDICAL SERVICES, INC., and**
**CHERYL PIGG, R.N.**                                                                        **DEFENDANTS**

## ORDER OF DISMISSAL

Based upon the parties' representation that all claims in this matter have been resolved by

agreement,

IT IS THEREFORE ORDERED THAT the Amended Complaint in this matter be, and it

is hereby, DISMISSED WITH PREJUDICE.  All pending motions are hereby vacated as moot.

IT IS SO ORDERED this   22nd   day of March, 2007.

                                                          /s/Garnett Thomas Eisele
                                                         UNITED STATES DISTRICT JUDGE